IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

AHMET ALPARSLAN TEMIZ,
                    *Petitioner*,

         v.

MARKWAYNE MULLIN *et al.*
                    *Respondents*.

1:26-cv-1820-MSN-WEF

ORDER

On June 17, 2026, Petitioner *pro se* Ahmet Alparslan Temiz filed a Petition for Writ of Habeas Corpus asserting that the bond hearing previously ordered by this Court in *Temiz v. Lyons*, ECF 5, No. 1:26-cv-301-MSN-IDD (E.D. Va. February 12, 2026), as conducted by an immigration judge, was constitutionally deficient. ECF 1. Petitioner seeks his immediate release from immigration detention or a new bond hearing at which the government bears the burden by clear and convincing evidence. *Id*. However, although at the time of the bond hearing on March 9, 2026, Petitioner's appeal of an immigration judge's February 17, 2026, decision (denying Petitioner's applications for asylum and withholding and deferral of removal and ordering Petitioner removed to Turkey) was pending before the Board of Immigration Appeals ("BIA"), Petitioner moved to withdraw his appeal on June 3, 2026. ECF 7-2 ¶¶ 16, 17, 20. The BIA acknowledged the withdrawal on June 18, 2026, stating "[t]here is nothing now pending before the Board." ECF 7-1 (citing 8 C.F.R. § 1003.4).

As a result, the immigration judge's February 17, 2026, decision is now final, and Petitioner is subject to a final order of removal. 8 C.F.R. § 1003.4 ("If the record has been forwarded on appeal, the withdrawal of the appeal shall be forwarded to the Board and, if no decision in the case has been made on the appeal, the record shall be returned and the initial decision shall be final to the same extent as if no appeal had been taken."). Petitioner is thus subject

to mandatory detention under 8 U.S.C. § 1231 and is not eligible for release on bond, even if his prior bond hearing was deficient.[1]

Accordingly, it is hereby

ORDERED that the Petition (ECF 1) is DENIED.

**IT IS SO ORDERED.**

The Clerk is directed to forward a copy of this Order to counsel of record and Petitioner *pro se*.

_____
/s/
Michael S. Nachmanoff
United States District Judge

July 10, 2026
Alexandria, Virginia

---

[1] At some point, Petitioner's detention may become prolonged pursuant to *Zadvydas v. Davis*, 533 U.S. 678 (2001), although when and whether release is appropriate is not currently before the Court.

2